1048

FRED THIEL, *Appellant*, v. RITE AID CORPORATION, *Respondent*.

Appeal from judgments of the Superior Court for Sno-homish County, No. 00-2-07609-4, Charles S. French, J., entered February 15, March 29, and April 1, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Kennedy, JJ.

[No. 50390-1-I. Division One. February 24, 2003.]

FLOYD GENE JONES, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-homish County, No. 01-2-03164-1, Larry E. McKeeman, J., entered April 22, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20457-0-III. Division Three. February 25, 2003.]

JOSE MENDOZA, ET AL., *Respondents*, v. RAMIRO RIVERA-CHAVEZ, ET AL., *Defendants*, LEADER NATIONAL INSURANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-02412-5, Susan L. Hahn, J., entered August 17, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 20874-5-III. Division Three. February 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BJORN FRISTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00888-4, Craig J. Matheson, J., entered January 14, 2002. *Affirmed* by by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.